IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 3:11-mj-591 |
| § | |
| PRINCE CHIEMELE NWANKUDU § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **PRINCE CHIEMELE NWANKUDU**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u> Defendant's appearance as required

   ____ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant because (check one or both):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§ 924(c)

   ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing</u>. The United States requests the Court conduct the detention hearing,

   <u> X </u> At first appearance

   ____ After continuance of 3 days (not more than 3).

Motion for Detention - Page 2

DATED this 16th day of December, 2011.

                                    Respectfully submitted,

                                    SARAH R. SALDAÑA
                                    UNITED STATES ATTORNEY

                                    */s/ signature*

                                    _____
                                    J. NICHOLAS BUNCH
                                    Assistant United States Attorney
                                    Texas State Bar No. 24050352
                                    1100 Commerce Street, Third Floor
                                    Dallas, Texas 75242
                                    Telephone: 214.659.8836
                                    Facsimile: 214.767.4104

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic filing system of the Court. A copy of this motion will also be brought to the defendant's Initial Appearance.

                                    /s/ J. Nicholas Bunch

                                    _____
                                    J. NICHOLAS BUNCH
                                    Assistant United States Attorney